UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA,<br>        Plaintiff,<br>    v.<br>CITY OF SAN PABLO, et al.,<br>        Defendants. | Case No. 23-cv-05525-DMR<br><br>**ORDER TO SHOW CAUSE** |

        Defendant City of San Pablo filed a motion to dismiss on January 2, 2024. Defendant Oliver's Tow Inc. filed a motion to dismiss on February 23, 2024. Currently, the motions are both set for a court hearing on March 28, 2024. Plaintiff Raimi Shoaga is pursuing this action without legal representation. Plaintiff should have filed any brief in opposition to Defendant City of San Pablo's motion by February 16, 2024. [Docket No. 32.] Plaintiff should have filed any brief in opposition to Defendant Oliver's Tow Inc by March 8, 2024. *See* Civ. L.R. 7-3(a). The court has received no oppositions from the Plaintiff.

        <u>The court ORDERS Plaintiff to respond by March 28, 2024 and explain his/her failure to respond to the motions. In addition, Plaintiff must simultaneously (1) submit his/her opposition(s) to the court or (2) file statement(s) of non-opposition to the motions.</u> This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submissions. The hearing on March 28, 2024 is VACATED. A new hearing shall be noticed by the court if necessary. If Plaintiff Raima Shoaga does not respond by March 28, 2024, Defendants' motions may be granted or the case may be dismissed for failure to prosecute.

        The court further ORDERS that Defendants shall file replies, if any, to Plaintiff's oppositions no later than April 4, 2024.

//

**IT IS SO ORDERED.**

Dated: March 14, 2024

IT IS SO ORDERED

Donna M. Ryu
Chief Magistrate Judge
Judge Donna M. Ryu