UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAIMI SHOAGA,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SAN PABLO,<br><br>        Defendant. | Case No. 23-cv-05525-DMR<br><br>**ORDER TO SHOW CAUSE** |

On January 7, 2025, the court ordered Plaintiff to file a second amended complaint (SAC) that names the now-identified individual Defendant (Bruce Saran Keo) and municipal Defendant City of San Pablo, and to file proof of service of the SAC on all Defendants by February 3, 2025. [Docket No. 73.] Plaintiff filed the SAC, as well as proof of service of his *first* amended complaint on Defendant Keo. [Docket Nos. 74, 75.] However, according to the City of San Pablo, Plaintiff has not yet served the SAC on Keo. [Docket No. 77.]

The court ORDERS Plaintiff to file a written response by **February 28, 2025** that explains his failure to file proof of service of the SAC on Defendant Keo as ordered. If Plaintiff does not timely respond to this order, the case may be dismissed for failure to prosecute.

The briefing schedule for the City of San Pablo's motion to dismiss the SAC remains in effect. **If Plaintiff does not file an opposition to that motion by February 21, 2025, the motion may be granted**.

**IT IS SO ORDERED.**

Dated: February 13, 2025

DONNA M. RYU
Chief Magistrate Judge